

**NUMBER 13-19-00501-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF C. W. S., A CHILD

---

**On appeal from the 166th District Court
of Bexar County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Perkes
Memorandum Opinion by Justice Longoria**

Appellant, Craig Schiebel attempted to perfect an appeal from an order entered on August 13, 2019 in cause no. 2005-CI-13953.[1]  Upon review of the documents before the Court, it appeared that there was no final, appealable judgment dated August 13, 2019.  On October 15, 2019, the Clerk of this Court notified appellant of this defect so

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001.

that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Appellant is seeking to appeal an "Order on Amended Motion to Modify Prior Orders" which is a temporary order until final modification and not authorized by statute. *See Id.*

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

NORA L. LONGORIA
Justice

Delivered and filed the
14th day of November, 2019.

2